IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01152-JLK-MEH

TIMOTHY A. PAIGE, JR.,

    Plaintiff,

v.

UNITED AIR LINES, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 9, 2009.**

    Plaintiff's Unopposed Motion for Leave to Amend[ ] Complaint [filed December 8, 2009; docket #22] is **granted** as modified. The Plaintiff shall file his Second Amended Complaint and Jury Demand (**without** the characterization that the Complaint is "Unopposed") **on or before December 11, 2009**. Defendant shall respond to the Second Amended Complaint in accordance with Fed. R. Civ. P. 15(a).