IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01152-JLK-MEH

TIMOTHY A. PAIGE, JR.,

    Plaintiff,

v.

UNITED AIR LINES, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 4, 2010.**

    The Joint Motion to Amend Stipulated Scheduling and Discovery Order [filed February 4, 2010; docket #39] is **granted** as follows.  The Discovery Cut-off is extended up to and including **June 21, 2010**.[1]  The Dispositive Motion deadline is extended up to and including **July 19, 2010**.

---

[1] The parties requested June 19, 2010; however, June 19 is a Saturday, thus the Court sets the deadline for the following Monday, June 21.