IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-1152-JLK**

**TIMOTHY A. PAIGE, JR.**,

    Plaintiff,

v.

**UNITED AIR LINES, INC.,**

    Defendant.

**ORDER**

Kane, J.

    Upon consideration of the Stipulation of Dismissal (doc. #49), filed July 14, 2010, it is

    **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, the parties to bear their own costs and attorney fees.

    Dated: July 14, 2010

BY THE COURT:

*s/John L. Kane*
John L. Kane, Senior Judge
United States District Court